FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 19 AM 10: 58

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR410-273 |
| ) | |
| ANGELA R. BURT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Angela R. Burt's Motion to Change Method by Which Balance of Sentence is Served. (Doc. 40.) In the motion, Defendant requests that she be permitted to serve the final ninety days of her ten-month sentence in a halfway house. (Id. at 2.) However, such requests are for the Bureau of Prisons, which retains exclusive discretion to determine both how Defendant is to serve her term of incarceration and whether Defendant is eligible for placement in a halfway house. Therefore, this Court is unable to grant Defendant's request and the motion must be **DENIED**.

SO ORDERED this 19th day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA