

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2012 NOV -6 AM 11: 36
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CLERK<br>SO. DIST. OF GA. |
| | ) | |
| v. | ) | CASE NO. CR410-273 |
| | ) | |
| ANGELA R. BURT, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant Angela R. Burt's second Motion to Change Method by Which Balance of Sentence is Served. (Doc. 42.) In both motions, Defendant requests that she be permitted to serve part of her ten-month sentence in a halfway house. (Id. at 2.) Previously, the Court denied Defendant's request to serve ninety days of her sentence in a halfway house, informing Defendant that the Bureau of Prisons had exclusive discretion to decide how Defendant would serve the remainder of her sentence. (Doc. 41 at 1.)

In this motion, Defendant seeks to serve the remainder of her sentence in a halfway house. As this Court previously informed Defendant, however, the Bureau of Prisons ("BOP") retains exclusive jurisdiction with respect to the method a defendant is to serve her term of

incarceration. 18 U.S.C. § 3624(c) (authorizing the Director of the Bureau of Prisons to place prisoner in reentry program). While a defendant can seek judicial review of the BOP's decision by filing a habeas petition pursuant to 28 U.S.C. § 2241, the defendant must first exhaust all administrative remedies provided by the BOP. See Winck v. England, 327 F.3d 1296, 1300 n. 1 (11th Cir. 2003) (citing Gonzalez v. United States, 959 F.2d 211, 212 (11th Cir. 1992)); Boz v. United States, 248 F.3d 1299, 1300 (11th Cir. 2001); United States v. Lucas, 898 F.2d 1554, 1556 (11th Cir. 1990). In this case, Defendant has not established that she has fully exhausted her administrative remedies. Therefore, the Court would lack jurisdiction to entertain any § 2241 petition. For these reasons, this Court is unable to grant Defendant's request and the motion must be **DENIED**.

SO ORDERED this 6th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA